IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAVONSKI D. SHIPMON,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.  5D22-487
LT Case No. 2011-030553-CFAES

Decision filed June 7, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Karen Adams Foxman, Judge.

Shavonski D. Shipmon, Malone, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.



LAMBERT, C.J., COHEN and WOZNIAK, JJ., concur.